IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                            4:10CR00244 JMM

MELVIN W. GOAD

## ORDER

Pending is the Government's Motion to Dismiss Indictment. For good cause shown the Motion to Dismiss (Docket # 38) is GRANTED. The indictment against Mr. Goad is dismissed. The Motion to Suppress (Docket # 31) is MOOT. The hearing scheduled in this case for Wednesday, September 26, 2012 is cancelled.

IT IS SO ORDERED this 25th day of September, 2012.

James M. Moody
United States District Judge